**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 26-05587 |
| David Phillip Schupmann | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |

## NOTICE OF ROUTINE MOTION AND CERTIFICATE OF SERVICE

TO: See attached list.

PLEASE TAKE NOTICE that on **Tuesday, July 14, 2026 at 1:00 p.m.,** I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Routine Motion of FW-CO, Inc. d/b/a Fortis to Substitute Counsel,** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** (1) go to this link: https://www.zoomgov.com/ . (2) Enter the meeting ID 161 273 2896. (3) Enter the passcode 778135.

**To appear by Zoom using a telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 161 273 2896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

If **you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

LP 26727493.1 \ 50965.150738

Dated: July 8,  2026

Respectfully submitted,

**FW-CO, Inc. d/b/a Fortis**

By _____ */s/ Elizabeth B. Vandesteeg* _____

One of Their Attorneys

Elizabeth B. Vandesteeg (IL No. 6291426)
Jack R. O'Connor (IL No. 6302674)
Kenneth N. Hebeisen. (IL No. 6336021)
Levenfeld Pearlstein LLC
120 S. Riverside Plaza, Ste. 1800
Chicago, Illinois 60606
evandesteeg@lplegal.com
joconnor@lplegal.com
khebeisen@lplegal.com

## CERTIFICATE OF SERVICE

I, Elizabeth B. Vandesteeg, certify that I served a copy of this notice and the attached **Routine Motion of FW-CO, Inc. d/b/a Fortis to Substitute Counsel** on each entity shown on the attached list at the address shown and by the method indicated on the list on **July 8, 2026.**

By     */s/ Elizabeth B. Vandesteeg*
Attorney

## SERVICE LIST

*Parties served via electronic notice through CM/ECF:*

*Trustee*
Ira Bodenstein
Attn: Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
ibodenstein@cozen.com

*U.S. Trustee*
Attn: Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604
Ustpregion11.es.ecf@usdoj.gov

**Counsel for Debtor**
Attn: Ariane Holtschlag
Attn: Jeffrey K Paulsen
Paulsen+Holtschlag LLC
1245 S. Michigan, No. 115
Chicago, IL 60605
aholtschlag@ph-firm.com
jpaulsen@ph-firm.com

Old Second National Bank
Attn: Dana N. O'Brien
McCalla Raymer Leibert Pierce, LLP
333 West Wacker Drive Suite 1820
Chicago, IL 60606
dana.obrien@mccalla.com

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 26-05587 |
| David Phillip Schupmann | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | Hearing Date: July 14, 2026 |
| | ) | 1:00 p.m. |
| | ) | |

### <u>ROUTINE MOTION OF FW-CO, INC. D/B/A FORTIS TO SUBSTITUTE COUNSEL</u>

FW-CO, Inc. d/b/a Fortis (the "<u>Fortis</u>" or "<u>Movant</u>") by their undersigned counsel, move for entry of an order granting leave the Movant to substitute counsel. In support of their motion, the Movant state as follows:

1.      On or about March 30, 2026, the Debtor filed a voluntary petition for relief under chapter 11, subchapter V of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned case (the "<u>Case</u>").

2.      The Debtor is an individual operating as a small business debtor within the meaning of 11 U.S.C. § 1182(1).

3.      Fortis is a creditor of the Debtor and a party in interest in this Case.

4.      The Movant has been represented by David P. Leibowitz of Law Offices of David P. Leibowitz, LLC in this Case.

5.      Attorneys Elizabeth B. Vandesteeg, Jack R. O'Connor, Kenneth N. Hebeisen and the law firm of Levenfeld Pearlstein, LLC request leave to substitute as counsel for Movant.

**WHEREFORE**, Movant pray for the entry of an order in the form submitted herewith granting leave for Elizabeth B. Vandesteeg, Jack R. O'Connor and Kenneth N. Hebeisen of

4

Levenfeld Pearlstein, LLC to appear on the Fortis' behalf in the above-captioned Case, and for

David P. Leibowitz of Law Offices of David P. Leibowitz, LLC to withdraw his appearance on

behalf of Fortis.

Dated:  July 8, 2026                                          Respectfully submitted,

|  | **FW-CO, Inc. d/b/a Fortis** |
|---|---|
| By: */s/  David P. Leibowitz*<br>One of Its Attorneys<br><br>David P. Leibowitz (ARDC # 1612271)<br>Law Offices of David P. Leibowitz, LLC<br>3352 N. Sheffield Ave.<br>Chicago, Illinois 60657<br>dleibowitz@lakelaw.com | By: */s/ Elizabeth B. Vandesteeg*<br>One of Its Attorneys<br><br>Elizabeth B. Vandesteeg (IL No. 6291426)<br>Jack R. O'Connor (IL No. 6302674)<br>Kenneth N. Hebeisen. (IL No. 6336021)<br>Levenfeld Pearlstein LLC<br>120 S. Riverside Plaza, Ste. 1800<br>Chicago, Illinois 60606<br>evandesteeg@lplegal.com<br>joconnor@lplegal.com<br>khebeisen@lplegal.com |