**Fill in this information to identify the case:**

Debtor Name David P. Schupmann

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 26-05587

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: May 2026

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: David P. Schupmann

Original signature of responsible party

Printed name of responsible party David P. Schupmann

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ☑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page **1**

Debtor Name  David P. Schupmann                                    Case number 26-05587

17. Have you paid any bills you owed before you filed bankruptcy?          ☑ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❏ ☑ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 6,543.77

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 17,742.35

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ 13,466.53

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 4,275.82

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 10,819.59

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

    *(Exhibit E)*

Debtor Name David P. Schupmann                                    Case number 26-05587

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                         $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____

27. What is the number of employees as of the date of this monthly report?       _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                                   $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?                     $ _____ 0.00

30. How much have you paid this month in other professional fees?                $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                                           $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* Projected | | *Column B* Actual | | *Column C* Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 16,351.40 | − | $ 17,742.02 | = | $ 1,390.62 |
| 33. **Cash disbursements** | $ 16,000.00 | − | $ 13,466.53 | = | $ 2,533.47 |
| 34. **Net cash flow** | $ 351.40 | − | $ 4,278.49 | = | $ 3,927.09 |

35. Total projected cash receipts for the next month:                           $ 16,351.40

36. Total projected cash disbursements for the next month:                     − $ 26,200.00

37. Total projected net cash flow for the next month:                          = $ -9,849.00

Debtor Name  David P. Schupmann                                          Case number  26-05587

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## EXHIBIT B

*No. 17.* Shupmann made a payment on his mortgage.

## Ex. C - Receipts

| Date | Description | Amount | Category | Notes |
|---|---|---|---|---|
| 5/18/2026 | Deposit | $0.05 | Bank | Interest |
| 5/18/2026 | Roofing USA Payroll | $7,675.70 | Employment Income | Payroll deposit |
| 5/29/2026 | Roofing USA Payroll | $7,675.70 | Employment Income | Payroll deposit |
| 5/27/2026 | Credit | $190.90 | Household | Returned items |
| 5/15/2026 | Transfer | $500.00 | Spouse transfer for shared costs | Account balance shortfall |
| 5/18/2026 | Transfer | $600.00 | Spouse transfer for shared costs | Account balance shortfall |
| 5/18/2026 | Transfer | $500.00 | Spouse transfer for shared costs | Account balance shortfall |
| 5/19/2026 | Transfer | $600.00 | Spouse transfer for shared costs | Account balance shortfall |
| | **Total:** | **$17,742.35** | | |

## Ex. C - Receipts

| Date | Description | Amount | Category | Notes |
|---|---|---|---|---|
| 5/11/2026 | POS | $16.00 | Car Maintenance | Household |
| 5/26/2026 | POS | $50.00 | Car Maintenance | Household |
| 5/27/2026 | Check | $325.00 | Charitable Giving | RLS Church |
| 5/27/2026 | Check | $735.20 | Charitable Giving | RLS Church |
| 5/4/2026 | POS | $52.10 | Fuel | Household |
| 5/4/2026 | POS | $11.66 | Fuel | Household |
| 5/11/2026 | POS | $75.00 | Fuel | Household |
| 5/4/2026 | POS | $92.00 | Groceries | Household |
| 5/11/2026 | POS | $40.87 | Groceries | Household |
| 5/26/2026 | POS | $86.27 | Groceries | Household |
| 5/26/2026 | POS | $710.40 | Groceries | Household |
| 5/8/2026 | POS | $32.99 | Health | Prescription |
| 5/26/2026 | POS | $251.23 | Home Maintenance | Household |
| 5/26/2026 | POS | $208.19 | Home Maintenance | Household |
| 5/26/2026 | POS | $238.79 | Home Maintenance | Household |
| 5/26/2026 | POS | $129.25 | Home Maintenance | Household |
| 5/26/2026 | POS | $61.45 | Home Maintenance | Household |
| 5/27/2026 | POS | $50.57 | Home Maintenance | Household |
| 5/5/2026 | Electronic Payment | $542.43 | Insurance | State Farm |
| 5/5/2026 | Electronic Payment | $471.27 | Insurance | Life Insurance / Investment |
| 5/18/2026 | Electronic Payment | $750.00 | Insurance | Life Insurance / Investment |
| 5/18/2026 | Electronic Payment | $730.00 | Insurance | Life Insurance / Investment |
| 5/20/2026 | Electronic Payment | $185.37 | Insurance | Life Insurance / Investment |
| 5/27/2026 | Electronic Payment | $196.85 | Insurance | Life Insurance / Investment |
| 5/4/2026 | POS | $41.56 | Meals | Household |
| 5/4/2026 | POS | $142.42 | Meals | Household |
| 5/4/2026 | POS | $11.97 | Meals | Household |
| 5/4/2026 | POS | $88.91 | Meals | Household |
| 5/5/2026 | POS | $27.12 | Meals | Household |
| 5/11/2026 | POS | $7.87 | Meals | Household |
| 5/11/2026 | POS | $15.24 | Meals | Household |

Ex. C - Receipts

| Date | Description | Amount | Category | Notes |
|---|---|---|---|---|
| 5/11/2026 | POS | $61.55 | Meals | Household |
| 5/12/2026 | POS | $15.30 | Meals | Household |
| 5/12/2026 | POS | $25.42 | Meals | Household |
| 5/14/2026 | POS | $73.24 | Meals | Household |
| 5/15/2026 | POS | $14.02 | Meals | Household |
| 5/19/2026 | POS | $31.92 | Meals | Household |
| 5/22/2026 | POS | $13.53 | Meals | Household |
| 5/26/2026 | POS | $18.81 | Meals | Household |
| 5/26/2026 | POS | $56.74 | Meals | Household |
| 5/28/2026 | POS | $62.02 | Meals | Household |
| 5/4/2026 | Electronic Payment | $3,000.00 | Mortgage | Household |
| 5/13/2026 | Electronic Payment | $31.18 | Son College Rent | Monthly Utilities |
| 5/4/2026 | Electronic Payment | $12.95 | Subscription | Newspaper |
| 5/26/2026 | POS | $200.50 | Taxes | Car Registration fee |
| 5/15/2026 | Electronic Payment | $1,374.50 | Tuition | Daughter's School |
| 5/1/2026 | Electronic Payment | $69.76 | Utilites | Water |
| 5/1/2026 | Electronic Payment | $1.95 | Utilites | Water |
| 5/7/2026 | Electronic Payment | $385.64 | Utilites | Phone |
| 5/12/2026 | Electronic Payment | $75.52 | Utilites | Gas |
| 5/6/2026 | Check 8959 | $100.00 | Household - God Child Graduation | Riley Schupmann |
| 5/4/2026 | Check 8981 | $500.00 | Household - Car Repair | Boyce Body Works |
| 5/15/2026 | Check 8963 | $724.00 | Household - Lighting Repair / Replace | Artistic Outdoor Lighting |
| 5/11/2026 | Check 8982 | $120.00 | Household - Bi Monthly Cleaning | CASH |
| 4/24/2026 | Check 8980 | $120.00 | Household - Bi Monthly Cleaning | CASH |
| | **Total:** | **$13,466.53** | | |



**Old Second**
NATIONAL BANK
37 S. River Street · Aurora, IL 60506-4172

Date  5/18/26          Page    1
Account Number    XXXXXXXXXXXX2063

David P Schupmann
POD
0S440 Crego Pl
Geneva IL 60134-6178

--------------------------- CHECKING ACCOUNT ---------------------------

Account Title:        David P Schupmann
                      POD

| | | | |
|---|---|---|---|
| Convenience Checking | | Number of Images | 6 |
| Account Number | XXXXXXXXXXXX2063 | Statement Dates    4/20/26 thru  5/18/26 | |
| Previous Balance | 2,951.40 | Days in Statement Period | 29 |
| 8 Deposits/Credits | 17,954.07 | Average Ledger | 2,822.61 |
| 59 Checks/Debits | 13,219.57 | Average Collected | 2,822.61 |
| Service Charge | .00 | Interest Earned | .05 |
| Interest Paid | .05 | Annual Percentage Yield Earned | 0.02% |
| Ending Balance | 7,685.95 | 2026 Interest Paid | .88 |

----------------- ACTIVITY IN DATE ORDER -----------------

| Date | Description | Amount |
|---|---|---|
| 4/20 | Zelle Credit<br>zel* JenniferSchupmann<br>J0P0PWRAWU30 | 500.00 |
| 4/20 | DBT CRD 1909 04/18/26 DJC92BYY<br>OVG UNI OF ILLINOIS<br>CHAMPAIGN      IL C#2221 | 17.43- |
| 4/20 | DBT CRD 1912 04/18/26 DJBJCIKP<br>OVG UNI OF ILLINOIS<br>CHAMPAIGN      IL C#2221 | 42.81- |
| 4/20 | DBT CRD 1915 04/18/26 DJNFKAVX<br>OVG UNI OF ILLINOIS<br>CHAMPAIGN      IL C#2221 | 21.55- |
| 4/20 | DBT CRD 2005 04/18/26 DJT0S7ZG<br>TST* HOULIHAN S - CHAM<br>CHAMPAIGN      IL C#2221 | 111.74- |
| 4/20 | DBT CRD 2010 04/18/26 DJKDMGZL<br>TST* HOULIHAN S - CHAM<br>CHAMPAIGN      IL C#2221 | 12.23- |
| 4/20 | DBT CRD 2041 04/18/26 DJK24DVP<br>ATH 6001<br>CHAMPAIGN      IL C#2221 | 81.39- |
| 4/20 | AC JOHN HANCOCK MAN PAYMENT<br>028000087391496PPD 6779361019<br>TRN*1*E55069759\ | 750.00- |



**Old Second**
NATIONAL BANK
37 S. River Street · Aurora, IL 60506-4172

Date   5/18/26          Page      2
Account Number    XXXXXXXXXXXX2063

Convenience Checking          XXXXXXXXXXXX2063   (Continued)

| Date | Description | Amount |
|---|---|---|
| 4/20 | AC JOHN HANCOCK MAN PAYMENT 028000087426638PPD 6779361019 TRN*1*E55064557\ | 730.00- |
| 4/21 | DBT CRD 1505 04/19/26 DJ9BS065 JEWEL OSCO 3374 SUGAR GROVE    IL C#9896 | 238.36- |
| 4/21 | DBT CRD 0957 04/20/26 DJL0YZ7Q MCDONALDS 34643 SUGAR GROVE    IL C#2221 | 12.60- |
| 4/21 | AC THRIVENT FINANCL WITHDRAWAL 021000026827224PPD 0390123480 | 185.37- |
| 4/23 | Zelle Credit zel* JenniferSchupmann J0P0Q6N8ALOR | 500.00 |
| 4/24 | Mobile Deposit | 2.67 |
| 4/24 | DBT CRD 2005 04/22/26 DJESAYD1 SCHMIDTS TOWNE TAP ELBURN      IL C#2221 | 73.39- |
| 4/24 | DBT CRD 1246 04/23/26 DJS9CQ2R SUGAR GROVE ACE SUGAR GROVE    IL C#2221 | 268.82- |
| 4/24 | DBT CRD 1939 04/23/26 DJN0ZD43 LRS LLC ROSEMONT      IL C#2221 | 64.47- |
| 4/24 | POS DEB 0817 04/24/26 16001839 THE HOME DEPOT #1921 -s39 2111 S RANDALL RD GENEVA       IL C#9896 | 111.15- |
| 4/27 | DBT CRD 2226 04/24/26 DJCF1R6G ATH 6001 CHAMPAIGN     IL C#2221 | 50.76- |
| 4/27 | DBT CRD 0931 04/25/26 DJANKG91 RAINSTORM - 4701814 CHAMPAIGN     IL C#2221 | 18.00- |
| 4/27 | DBT CRD 1010 04/25/26 DJEAN9GC ACE HARDWARE 665 CHAMPAIGN     IL C#2221 | 16.70- |
| 4/27 | DBT CRD 0730 04/26/26 DJQRE738 MCDONALDS 1018 CHAMPAIGN     IL C#2221 | 14.05- |
| 4/27 | POS DEB 0837 04/26/26 14050602 HAYMAKERS 715 CHAMPAIGN CHAMPAIGN     IL C#2221 | 75.00- |
| 4/27 | DBT CRD 0722 04/27/26 DJAC7D3V PANERA BREAD #601291 o CHAMPAIGN     IL C#2221 | 18.84- |
| 4/27 | AC PRINCIPAL-CCAPNL PRIN FINAN 091000011784474PPD 9INDPNLEFT | 196.85- |



**Old Second**
NATIONAL BANK
37 S. River Street • Aurora, IL 60506-4172

Date  5/18/26          Page      3
Account Number    XXXXXXXXXXXX2063

Convenience Checking          XXXXXXXXXXXX2063   (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| 4/30 | AC 308233 ROOFING U PAYROLL 043000095663562PPD 1364227403 | 7,675.70 |
| 5/01 | DBT CRD 0342 04/30/26 DJNWAS1P COMED PAYMENT 8003347661   IL C#2221 | 241.62- |
| 5/01 | AC MILL CREEK WATER PURCHASE 091000015141469WEB 5330903620 | 69.76- |
| 5/01 | AC MILL CREEK WATER PURCHASE 091000014664350WEB 2330903620 | 1.95- |
| 5/04 | POS DEB 1115 05/02/26 35531806 7-ELEVEN 33064 AURORA AURORA     IL C#2221 | 52.10- |
| 5/04 | POS DEB 1119 05/02/26 00761607 7-ELEVEN 2411 Sullivan Rd Aurora     IL C#2221 | 11.66- |
| 5/04 | DBT CRD 1456 05/02/26 DJQPL79W ARMK UIOWA CONCESSIONS IOWA CITY     IA C#2221 | 41.56- |
| 5/04 | DBT CRD 1944 05/02/26 DJXOFACM KONOMIGRILL 843QUARRYRRD  IA C#2221 | 148.42- |
| 5/04 | DBT CRD 0818 05/03/26 DJL85FJA SQ *MIDNIGHT COFFEE CORALVILLE    IA C#2221 | 11.97- |
| 5/04 | POS DEB 1026 05/03/26 07056558 MAVERIK #5021 CORALVILLE CORALVILLE    IA C#2221 | 88.91- |
| 5/04 | POS DEB 1209 05/04/26 12468926 FRESH THYME #113 2000 2000 S RANDALL RD GENEVA       IL C#9896 | 92.00- |
| 5/04 | Bill Paid-DOVENMUEHLE MORTGAGE  Conf #369 | 3,000.00- |
| 5/04 | AC PAYPAL          PURCHASE 091000015168757WEB PAYPALSI77 | 12.95- |
| 5/05 | DBT CRD 1251 05/03/26 DJZE13RO ARMK UIOWA CONCESSIONS IOWA CITY     IA C#2221 | 27.12- |
| 5/05 | AC STATE FARM RO 27 CPC-CLIENT 021000020094532PPD 9000313004 | 542.43- |
| 5/05 | AC MASSACHUSETTS MU MMPAY 051000011430193WEB 9954820374 | 471.27- |
| 5/07 | AC ATT          PAYMENT 031100208268654PPD 9864031004 | 385.64- |
| 5/08 | POS DEB 1019 05/08/26 10143048 WALGREENS STORE | 32.99- |



**Old Second**
NATIONAL BANK
37 S. River Street • Aurora, IL 60506-4172

Date  5/18/26       Page     4
Account Number    XXXXXXXXXXXX2063

Convenience Checking          XXXXXXXXXXXX2063   (Continued)

| Date | Description | Amount |
|------|-------------|--------|
| | 1918 W FABYAN PKWY | |
| | BATAVIA       IL C#9896 | |
| 5/11 | DBT CRD 1542 05/08/26 DJIVR8WC | 16.00- |
| | PREMIER CAR WASH | |
| | SUGAR GROVE   IL C#2221 | |
| 5/11 | POS DEB 1307 05/09/26 14050758 | 40.87- |
| | HAYMAKERS 715 | |
| | CHAMPAIGN | |
| | CHAMPAIGN     IL C#9896 | |
| 5/11 | POS DEB 0834 05/10/26 14059491 | 75.00- |
| | HAYMAKERS 715 | |
| | CHAMPAIGN | |
| | CHAMPAIGN     IL C#2221 | |
| 5/11 | POS DEB 0702 05/11/26 00070180 | 7.87- |
| | MNRD-JHNSN CRK | |
| | 440 WRIGHT ROAD | |
| | OHNSON CREEK  WI C#9896 | |
| 5/11 | DBT CRD 1349 05/11/26 DJOI9F09 | 15.24- |
| | OVG UNI OF ILLINOIS | |
| | CHAMPAIGN     IL C#2221 | |
| 5/11 | POS DEB 1450 05/11/26 14095045 | 61.55- |
| | FRESH THYME #113 2000 | |
| | 2000 S RANDALL RD | |
| | GENEVA        IL C#9896 | |
| 5/12 | DBT CRD 0844 05/10/26 DJSWVX9T | 15.30- |
| | 7 BREW COFFEE SB778 | |
| | CHAMPAIGN     IL C#2221 | |
| 5/12 | DBT CRD 0840 05/11/26 DJTFMD6N | 25.42- |
| | MCDONALDS 1018 | |
| | CHAMPAIGN     IL C#2221 | |
| 5/12 | Bill Paid-NICOR GAS Conf #370 | 75.52- |
| 5/13 | Zelle Debit | 37.18- |
| | ZEL* Melissa Zebig | |
| | J0P0R6PH0MPK | |
| 5/14 | DBT CRD 1949 05/13/26 DJNO6IXY | 73.24- |
| | TST*THE BURGER LOCAL | |
| | GENEVA        IL C#2221 | |
| 5/15 | Zelle Credit | 500.00 |
| | zel* JenniferSchupmann | |
| | J0P0RAXH0U0I | |
| 5/15 | DBT CRD 2000 05/14/26 DJDKJIM9 | 14.02- |
| | TST* OBERWEIS DAIRY - | |
| | GENEVA        IL C#2221 | |
| 5/15 | AC BB TUITION MGMT  BB TUITION | 1,374.50- |
| | 242071751537299PPD 205431152 | |
| 5/18 | Zelle Credit | 600.00 |
| | zel* JenniferSchupmann | |
| | J0P0REORGV1F | |



**Old Second**
NATIONAL BANK
37 S. River Street · Aurora, IL 60506-4172

Date   5/18/26          Page      5
Account Number    XXXXXXXXXXXX2063

Convenience Checking          XXXXXXXXXXXX2063   (Continued)

| Date | Description | Amount |
|---|---|---|
| | ACTIVITY IN DATE ORDER | |
| 5/18 | Zelle Credit | 500.00 |
| | zel* JenniferSchupmann | |
| | J0P0RCRWZT35 | |
| 5/18 | AC 308233 ROOFING U PAYROLL | 7,675.70 |
| | 043000095253812PPD 1364227403 | |
| 5/18 | Interest Deposit | .05 |
| 5/18 | AC JOHN HANCOCK MAN PAYMENT | 750.00- |
| | 028000088357533PPD 6779361019 | |
| | TRN*1*E55943075\ | |
| 5/18 | AC JOHN HANCOCK MAN PAYMENT | 730.00- |
| | 028000088354459PPD 6779361019 | |
| | TRN*1*E55944322\ | |

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | SUMMARY BY CHECK NUMBER | | | | | |
| 5/06 | 8959 | 100.00 | 5/04 | 8981 | 500.00 | 5/15 | 8983 | 724.00 |
| 4/24 | 8980* | 120.00 | 5/11 | 8982 | 120.00 | | | |

* Denotes missing check numbers

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| | | DAILY BALANCE INFORMATION | | | |
| 4/20 | 1,684.25 | 5/01 | 8,084.93 | 5/11 | 2,229.38 |
| 4/21 | 1,247.92 | 5/04 | 4,125.36 | 5/12 | 2,113.14 |
| 4/23 | 1,747.92 | 5/05 | 3,084.54 | 5/13 | 2,075.96 |
| 4/24 | 1,112.76 | 5/06 | 2,984.54 | 5/14 | 2,002.72 |
| 4/27 | 722.56 | 5/07 | 2,598.90 | 5/15 | 390.20 |
| 4/30 | 8,398.26 | 5/08 | 2,565.91 | 5/18 | 7,685.95 |

| Date | Interest Rate |
|---|---|
| | INTEREST RATE SUMMARY |
| 4/19 | 0.020000% |
| 5/15 | 0.000000% |
| 5/18 | 0.020000% |

Check 8959 Amount $100.00 Date 5/6/2026

Check 8980 Amount $120.00 Date 4/24/2026

Check 8981 Amount $500.00 Date 5/4/2026

Check 8982 Amount $120.00 Date 5/11/2026

Check 8983 Amount $724.00 Date 5/15/2026

Amount $2.67 Date 4/24/2026

| Account N | Processed Date | Description | Check Num | Credit or D | Amount |
|---|---|---|---|---|---|
| Checking | 5/29/2026 | AC 308233 ROOFING I | | Credit | 7675.7 |
| Checking | 5/28/2026 | DBT CRD 1847 05/27/: | | Debit | 62.02 |
| Checking | 5/27/2026 | DBT CRD 0645 05/25/: | | Debit | 50.57 |
| Checking | 5/27/2026 | POS CRE 1804 05/26/: | | Credit | 190.9 |
| Checking | 5/27/2026 | CHECK 89{ | 8987 | Debit | 735.2 |
| Checking | 5/27/2026 | AC PRINCIPAL-CCAPN | | Debit | 196.85 |
| Checking | 5/27/2026 | CHECK 89{ | 8989 | Debit | 325 |
| Checking | 5/26/2026 | DBT CRD 0900 05/22/: | | Debit | 50 |
| Checking | 5/26/2026 | DBT CRD 1458 05/24/: | | Debit | 61.45 |
| Checking | 5/26/2026 | POS DEB 1008 05/24/: | | Debit | 710.4 |
| Checking | 5/26/2026 | POS DEB 1444 05/24/: | | Debit | 86.27 |
| Checking | 5/26/2026 | DBT CRD 1547 05/23/: | | Debit | 56.74 |
| Checking | 5/26/2026 | POS DEB 1457 05/24/: | | Debit | 129.25 |
| Checking | 5/26/2026 | DBT CRD 0832 05/22/: | | Debit | 200.5 |
| Checking | 5/26/2026 | DBT CRD 0635 05/26/: | | Debit | 18.81 |
| Checking | 5/26/2026 | POS DEB 1531 05/24/: | | Debit | 238.79 |
| Checking | 5/26/2026 | POS DEB 1512 05/24/: | | Debit | 208.19 |
| Checking | 5/26/2026 | POS DEB 1519 05/24/: | | Debit | 251.23 |
| Checking | 5/22/2026 | DBT CRD 1348 05/21/: | | Debit | 13.53 |
| Checking | 5/20/2026 | AC THRIVENT FINANCI | | Debit | 185.37 |
| Checking | 5/20/2026 | DBT CRD 1418 05/19/: | | Debit | 31.92 |
| Checking | 5/19/2026 | AC OLD SECOND BAN | | Credit | 600 |
| Checking | 5/18/2026 | AC JOHN HANCOCK M | | Debit | 730 |
| Checking | 5/18/2026 | ZELLE CREDIT ZEL* JEI | | Credit | 500 |
| Checking | 5/18/2026 | AC JOHN HANCOCK M | | Debit | 750 |
| Checking | 5/18/2026 | INTEREST DEPOSIT | | Credit | 0.05 |
| Checking | 5/18/2026 | AC 308233 ROOFING I | | Credit | 7675.7 |
| Checking | 5/18/2026 | ZELLE CREDIT ZEL* JEI | | Credit | 600 |
| Checking | 5/15/2026 | ZELLE CREDIT ZEL* JEI | | Credit | 500 |
| Checking | 5/15/2026 | DBT CRD 2000 05/14/: | | Debit | 14.02 |
| Checking | 5/15/2026 | AC BB TUITION MGMT | | Debit | 1374.5 |
| Checking | 5/15/2026 | CHECK 89{ | 8983 | Debit | 724 |
| Checking | 5/14/2026 | DBT CRD 1949 05/13/: | | Debit | 73.24 |
| Checking | 5/13/2026 | ZELLE DEBIT ZEL* MEL | | Debit | 37.18 |
| Checking | 5/12/2026 | DBT CRD 0844 05/10/: | | Debit | 15.3 |
| Checking | 5/12/2026 | DBT CRD 0840 05/11/: | | Debit | 25.42 |
| Checking | 5/12/2026 | BILL PAID-NICOR GAS | | Debit | 75.52 |
| Checking | 5/11/2026 | DBT CRD 1542 05/08/: | | Debit | 16 |
| Checking | 5/11/2026 | POS DEB 1307 05/09/: | | Debit | 40.87 |
| Checking | 5/11/2026 | DBT CRD 1349 05/11/: | | Debit | 15.24 |
| Checking | 5/11/2026 | POS DEB 1450 05/11/: | | Debit | 61.55 |
| Checking | 5/11/2026 | POS DEB 0702 05/11/: | | Debit | 7.87 |
| Checking | 5/11/2026 | CHECK 89{ | 8982 | Debit | 120 |

| | | |
|---|---|---|
| Checking | 5/11/2026 POS DEB 0834 05/10/: Debit | 75 |
| Checking | 5/8/2026 POS DEB 1019 05/08/: Debit | 32.99 |
| Checking | 5/7/2026 AC ATT       PAYMEN' Debit | 385.64 |
| Checking | 5/6/2026 CHECK 89!       8959 Debit | 100 |
| Checking | 5/5/2026 AC MASSACHUSETTS I Debit | 471.27 |
| Checking | 5/5/2026 AC STATE FARM RO 27 Debit | 542.43 |
| Checking | 5/5/2026 DBT CRD 1251 05/03/: Debit | 27.12 |
| Checking | 5/4/2026 DBT CRD 1944 05/02/: Debit | 148.42 |
| Checking | 5/4/2026 POS DEB 1209 05/04/: Debit | 92 |
| Checking | 5/4/2026 CHECK 89!       8981 Debit | 500 |
| Checking | 5/4/2026 BILL PAID-DOVENMUE Debit | 3000 |
| Checking | 5/4/2026 POS DEB 1119 05/02/: Debit | 11.66 |
| Checking | 5/4/2026 DBT CRD 1456 05/02/: Debit | 41.56 |
| Checking | 5/4/2026 DBT CRD 0818 05/03/: Debit | 11.97 |
| Checking | 5/4/2026 AC PAYPAL       PURCI Debit | 12.95 |
| Checking | 5/4/2026 POS DEB 1115 05/02/: Debit | 52.1 |
| Checking | 5/4/2026 POS DEB 1026 05/03/: Debit | 88.91 |
| Checking | 5/1/2026 DBT CRD 0342 04/30/: Debit | 241.62 |
| Checking | 5/1/2026 AC MILL CREEK WATEI Debit | 69.76 |
| Checking | 5/1/2026 AC MILL CREEK WATEI Debit | 1.95 |